UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00141 |
| | ) | JUDGE CAMPBELL |
| RORY LAMONT GILMER | ) | |

ORDER

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing scheduled for February 22, 2013. The Motion is GRANTED.

The sentencing hearing in this case is RESCHEDULED for March 15, 2013, at 12:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE