UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00141 |
| | ) | JUDGE CAMPBELL |
| RORY LAMONT GILMER, II | ) | |

ORDER

Pending before the Court is the Defendant's "Motion To Have The District Court (Pursuant To 18 U.S.C. § 3572) Scheduling And Payment Amount In The Restitution Order" (Docket No. 148). In an Order entered March 24, 2015 (Docket No. 147), the Court denied the Defendant's earlier requests regarding restitution payments. The pending Motion makes the same requests, but fails to state any viable grounds for the Court to reconsider its earlier decision. Accordingly, the Motion is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE